No. 89–6526. ARTIS *v.* NORTH CAROLINA. Sup. Ct. N. C. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McKoy* v. *North Carolina, ante,* p. 433.

No. — – ——. BAKER *v.* GONDLES, SHERIFF, ARLINGTON COUNTY JAIL, ET AL.; and

No. — – ——. HICKSON *v.* BOWLES, SHERIFF. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. A–591. NEVILLE *v.* APPELLATE DIVISION, SUPREME COURT OF NEW YORK, SECOND JUDICIAL DEPARTMENT. C. A. 2d Cir. Application for stay of proceedings, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–603 (89–6461). JACKSON *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

No. A–620 (89–1303). RESERVE LIFE INSURANCE CO. *v.* EICHENSEER. C. A. 5th Cir. Application for recall and stay of mandate of the United States Court of Appeals for the Fifth Circuit, presented to JUSTICE WHITE, and by him referred to the Court, granted, and it is ordered that the mandate is stayed pending final disposition of the petition for writ of certiorari.